Brandon Sample
Brandon Sample PLC
PO BOX 250
Rutland, VT 05702
Tel: 802-444-4357
Fax: 802-779-9590
E-mail: brandon@brandonsample.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Ross Ulbricht,<br><br>            Plaintiff,<br><br>vs.<br><br>Federal Bureau of Prisons,<br><br>            Defendant. | Case No.:<br><br>**ORIGINAL COMPLAINT** |

## I.     Introduction

1.     This suit is brought pursuant to the Religious Freedom Restoration Act ("RFRA"), which prohibits the federal government from substantially burdening a person's sincere exercise of religion unless that burden is supported by a compelling governmental interest and applied through the least restrictive means. 42 U.S.C. § 2000bb, *et seq*.

2.     Plaintiff Ross Ulbricht ("Ulbricht") is a practicing Christian.

ORIGINAL COMPLAINT - 1

Ulbricht alleges that the Federal Bureau of Prisons' ("BOP") is substantially burdening his exercise of religion because BOP refuses—in violation of RFRA—to permit him to use TRULINCS to exchange e-mail communication with his father.

## II.  Parties

3.  Ross Ulbricht is an inmate incarcerated in federal prison. His federal register number is # 18870-111. His mailing address is FCI Tucson, P.O. BOX 24550, Tucson, AZ 85734.

4.  Defendant Federal Bureau of Prisons is a federal agency. Its mailing address is 320 First St. N.W., Washington, DC 20534.

## III.  Jurisdiction

5.  This Court has jurisdiction over Ulbricht's RFRA claims under 28 U.S.C. § 1331.

## IV.  Statement of Facts

6.  Ulbricht is a practicing Christian who is incarcerated in federal prison. Ulbricht sincerely believes, consistent with his Christian faith, that he is obliged to honor his father and mother.

7.  This command derives from Exodus 20:12 which states, "Honor your father and your mother, so that you may live long in the land the

ORIGINAL COMPLAINT - 2

LORD your God is giving you."

8.  Ulbricht's father, Kirk Ulbricht ("Kirk"), lives in Matapalo, Costa Rica.

9.  Matapalo is a remote area of Costa Rica.

10. Ulbricht's father does not have access to phone or mail because of Matapolo's remoteness.

11. However, Ulbricht's father does have access to satellite internet.

12. As such, the only way for Ulbricht to communicate with his father is via e-mail.

13. Ulbricht loves his father very much. Communicating with his father is very important to him.

14. Ulbricht sincerely believes that his inability to communicate with his father is inconsistent with Exodus 20:12.

15. Without approval from the BOP to use TRULINCS, the only way Ulbricht can e-mail with his father is by using another inmate's TRULINCS account. Ulbricht, *to be clear*, does not do this. Doing so would violate the BOP's inmate discipline program and subject Ulbricht to loss of good conduct time and other sanctions.

16. Consequently, Ulbricht is in a "catch 22" of sorts—do not

ORIGINAL COMPLAINT - 3

communicate with his father in violation of his sincerely held religious beliefs or communicate with his father in violation of the BOP's rules, exposing Ulbricht to penalties and sanctions.

## Count One

17. Paragraphs 1-16 are hereby reincorporated as fully set forth herein.

18. BOP's refusal to allow Ulbricht to use TRULINCS to e-mail with his father violates RFRA.

## Relief Requested

19. Ulbricht requests the following injunctive relief:

(a) An order requiring the BOP to allow Ulbricht to use TRULINCS so Ulbricht may e-mail with his father.

20. Ulbricht requests his costs and attorney's fees.

21. Finally, Ulbricht urges the Court to grant him any and all other relief the Court deems just and fit.

Respectfully submitted,

/s/Brandon Sample
Brandon Sample

ORIGINAL COMPLAINT - 4