GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
Arizona State Bar No. 024729
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email:  michael.linton@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ross Ulbricht,<br><br>          Plaintiff,<br><br>     vs.<br><br>Federal Bureau of Prisons,<br><br>          Defendant. | **Case No. 4:21-CV-00195-DCB**<br><br>**ANSWER** |

The Federal Bureau of Prisons hereby responds to the Compliant in the above-captioned matter as follows. All allegations not specifically admitted herein are denied. The numbered paragraphs in this Answer correspond to the numbered paragraphs in Plaintiffs Compliant.

## I.     INTRODUCTION

1.     The allegations contained in Paragraph 1 of the Complaint contain legal conclusions to which no answer is deemed necessary; however, to the extent that an answer is deemed necessary, Defendants deny the allegations.

2.     Answering Paragraph 2 of the Complaint, Defendant is without knowledge and information sufficient to form a belief as to whether Plaintiff is a practicing Christian and therefore denies the same. Defendant admits Plaintiff is not permitted access to TRULINCS for any purpose. Defendant denies all remaining allegations in Paragraph 2.

## II.    PARTIES

3.    Answering Paragraph 3 of the Complaint, Defendant denies Plaintiff's mailing address is FCI Tucson, P.O. Box 24550, Tucson, AZ 85734 and affirmatively alleges that Plaintiff's mailing address is USP Tucson, P.O. Box 24550, Tucson, AZ 85734. Defendant admits the remaining allegations in Paragraph 3 of the Complaint.

4.    Defendant admits the allegations in Paragraph 4 of the Complaint.

## III.    JURISDICTION

5.    The allegations contained in Paragraph 5 of the Complaint contain legal conclusions to which no answer is deemed necessary; however, to the extent that an answer is deemed necessary, Defendants deny said allegations.

## IV.    STATEMENT OF FACTS

6.    Answering Paragraph 6 of the Complaint, Defendant is without knowledge and information sufficient to form a belief as to whether Plaintiff is a practicing Christian and therefore denies the same. Defendant admits Plaintiff is incarcerated in federal prison. Defendant denies the remaining allegations in Paragraph 6 of the Complaint.

7.    The allegations in Paragraph 7 of the Complaint are characterizations of the cited source material. The cited source material speaks for itself. Defendant denies any remaining allegations in Paragraph 7 of the Complaint.

8.    Answering Paragraph 8 of the Complaint, Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies same.

9.    Answering Paragraph 9 of the Complaint, Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies same.

10.    Answering Paragraph 10 of the Complaint, Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies same.

11.    Answering Paragraph 11 of the Complaint, Defendant is without knowledge and

information sufficient to form a belief as to the truth of the allegations and, therefore, denies same.

12.     Defendant denies the allegations in Paragraph 12 of Plaintiff's Complaint.

13.     Answering Paragraph 13 of the Complaint, Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies same.

14.     Defendant denies the allegations in Paragraph 14 of Plaintiff's Complaint.

15.     Answering Paragraph 15 of Plaintiff's Complaint, Defendant admits that the only permissible means of access to e-mail for any inmate at USP Tucson is through that inmate's own TRULINCS account. Defendant is without knowledge or information sufficient to form a belief as to whether Plaintiff uses other inmate's TRULINCS accounts. The remaining allegations constitute legal conclusions to which no answer is deemed necessary; however, to the extent that an answer is deemed necessary, Defendants deny said allegations.

16.     Defendant denies the allegations in Paragraph 16 of the Complaint.

**COUNT ONE**

17.     Answering Paragraph 17, Defendants deny each and every allegation not previously admitted or denied.

18.     Defendant denies the allegations in Paragraph 18 of the Complaint.

19.     Answering Paragraphs 19 through 21, Defendant denies that Plaintiff is entitled to the relief requested in the prayer for relief.

**GENERAL DENIAL**

20.     Defendant denies each and every allegation of Plaintiff's Complaint not expressly admitted.

**AFFIRMATIVE DEFENSES**

A.     The Complaint fails to state a claim for which relief may be granted.

B.     Plaintiff has failed to exhaust his administrative remedies with respect to the allegations in the Complaint.

C.      The actions/restrictions complained of do not impose a substantial burden on any sincerely held religious belief.

D.      All actions of Defendant with respect to Plaintiff are in furtherance of a compelling governmental interest and are implemented by the least restrictive means.

E.      Defendant has or may have further and additional defenses that are not yet known but that may become known through further investigation, disclosure, and discovery. Defendant asserts each and every affirmative defenses as may be available to Defendant, including but not limited to those in Rules 8 and 12 of the Federal Rules of Civil Procedure. Defendant requests and reserves the right to amend, alter or supplement the defenses contained in this Answer.

WHEREFORE, Defendant requests judgment in its favor, that the Complaint be dismissed with prejudice with Plaintiff taking nothing thereby, that Defendant be awarded its fees, costs and expenses, and that Defendant be awarded all other and further relief that the Court deems appropriate.

RESPECTFULLY SUBMITTED this 9th day of August, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


s/Michael L. Linton
MICHAEL L. LINTON
Assistant U.S. Attorney

- 4 -

**CERTIFICATE OF SERVICE**

1

2          I hereby certify that on August 9, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3

4     Brandon Creighton Sample
      Brandon Sample PLC
5     P.O. Box 250
      Rutland VT  05702
6     *Attorney for Plaintiff*

7

8     *s/ L.Conlisk*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28