1

GARY M. RESTAINO
United States Attorney
District of Arizona

2

MICHAEL L. LINTON

3

Assistant U.S. Attorney
Arizona State Bar No. 024729

4

United States Courthouse
405 W. Congress Street, Suite 4800

5

Tucson, Arizona 85701
Telephone:  520-620-7300

6

Email:  michael.linton@usdoj.gov
*Attorneys for Defendant*

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ross Ulbricht,<br><br>            Plaintiff,<br><br>    vs.<br><br>Federal Bureau of Prisons,<br><br>            Defendant. | **Case No. 4:21-CV-00195-DCB**<br><br>**STIPULATION FOR DISMISSAL** |

16

        The parties stipulate to dismiss without prejudice all claims in this action, with each

17

of the parties to bear their own attorneys' fees and costs incurred herein.

18

        RESPECTFULLY SUBMITTED this 1st day of December, 2021.

19

20

Brandon Sample PLC

GARY M. RESTAINO
United States Attorney
District of Arizona

21

22

*s/Brandon Creighton Sample*
BRANDON CREIGHTON SAMPLE

*s/Michael L. Linton*
MICHAEL L. LINTON
Assistant U.S. Attorney

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on December 1, 2021, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
3   Notice of Electronic Filing to the following CM/ECF registrants:

4   Brandon Creighton Sample
Brandon Sample PLC
5   P.O. Box 250
Rutland VT  05702
6   *Attorney for Plaintiff*

7

8
*s/ M. Parker*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28