IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ross Ulbricht,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Federal Bureau of Prisons,<br><br>　　　　　Defendant. | **Case No. 4:21-CV-00195-DCB**<br><br>**ORDER FOR DISMISSAL** |

　　　Pending before the Court is the parties' Stipulation for Order of Dismissal. Based on the Stipulation, and good cause appearing,

　　　IT IS HEREBY ORDERED that this matter is dismissed without prejudice, with each party to bear its own attorney's fees and costs. The Clerk of Court shall docket accordingly.