**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ross Ulbricht,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>　　　　　Defendant. | No. CV-21-00195-TUC-DCB<br><br>**ORDER** |

　　　Pending before the Court is the parties' Stipulation for Order of Dismissal. Based on the Stipulation, and good cause appearing,

　　　**Accordingly,**

　　　**IT IS ORDERED** that, pursuant to the Stipulation (Doc. 9), this matter is dismissed without prejudice, with each party to bear its own attorney's fees and costs.

　　　Dated this 13th day of December, 2021.

_____
Honorable David C. Bury
United States District Judge